■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABBOTT MAINTENANCE CORP., Defendant, and INSTALMENT DEPARTMENT, INC., Appellant.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in *People* v. *Abbott Maintenance Corp.* (9 A D 2d 757). Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between OTTO DIETZ, Appellant, and SLATEX, INC., Respondent.— Order unanimously reversed, without costs, on the law and on the facts, and in the exercise of discretion remanded to Special Term for appointment of a third arbitrator without prejudice to the rights of the parties to select a third arbitrator by agreement pending or prior to appointment of such arbitrator by the court. There is no warrant in the law to terminate an arbitration proceeding by reason of delay. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ PATRICIA V. BELCHER, v. WILLIAM A. BELCHER, JR.— Motion for a stay denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ IRMA TEXTILE CORP. v. ELK PIECE DYE WORKS, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ EMILIE H. CACHELIN v. ALFRED M. CACHELIN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM F. SPADACCINI v. CITY OF NEW YORK et al. MORLEY SHERWOOD et al. v. NINA SPADACCINI et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and the appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (November 25, 1959)

■ In the Matter of ANNA V. MCCARTHY, Deceased. ALICE MCCARTHY; JOHN E. MCGEEHAN et al.— Motion granted insofar as to extend appellant's time to serve and file the record on appeal and appellant's points to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. If the above condition is not complied with, the respondents may submit an ex parte order, without notice to appellant, dismissing the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (November 27, 1959)

■ In the Matter of LOUIS I. NASH, Appellant, against GAY APPAREL CORPORATION et al., Respondents.— Order so far as appealed from unanimously affirmed, without costs. The existence of another and adequate remedy in petitioner's action for declaratory judgment, decided herewith (*Nash* v. *Gay Apparel Corp.*, 9 A D 2d 345) would render unavailable similar relief sought in this article 78 proceeding. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bergan, JJ. [11 Misc 2d 768.]